## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:                                        CASE NO. 15-55345

    CALVIN BROWN

                                              CHAPTER 13

        DEBTOR

                                              JUDGE CHARLES M. CALDWELL

## OBJECTION TO CONFIRMATION

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Faye D. English, Chapter 13 Trustee and objects to confirmation of the plan and would show this Court that in the above-referenced case the Court should enter an order denying confirmation for the reasons set forth below and dismissing the case pursuant to 11 USC §1307(c) for the following:

**X**    An appraisal of the real estate is needed.

Wherefore, the Trustee prays the Court deny confirmation for the reasons set forth and the case be dismissed or converted to Chapter 7, whichever shall be determined in the creditor's best interest.

Dated: 9/30/2015                                             Respectfully submitted,

                                                                    /s/ Faye D. English

                                                                    Faye D. English
                                                                    Chapter 13 Trustee
                                                                    One Columbus
                                                                    10 West Broad St., Suite 900
                                                                    Columbus, OH  43215-3449
                                                                    Telephone: 614-420-2555
                                                                    Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection To Confirmation was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 9/30/2015

/s/ Faye D. English
Electronically signed by
Faye D. English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D. English, Chapter 13 Trustee
Karen E Hamilton Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

Calvin Brown
5846 Spring Rock Circle
Columbus, Oh 43229